UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: |
| ) | |
| Plaintiff ) | **CORPORATION DISCLOSURE STATEMENT** |
| ) | |
| vs. ) | 05 - 11554 REK |
| **Maurice A. Rousseau dba Art's Auto Center** ) | |
| ) | |
| Defendant ) | |

Pursuant to LR, D. Mass 7.3, the filing party, Comcast of Massachusetts I, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Massachusetts I, Inc., is a Massachusetts Corporation and maintains offices at 330 Billercia Road, Chelmsford, Massachusetts.;

2. Comcast of Massachusetts I, Inc. is wholly owned by Comcast MO of Delaware, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Local Counsel,

7/21/05
Date

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

Page 1