AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

M. A. Rousseau dba Art's Auto Center

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 11554 REK

TO: (Name and address of Defendant)

Maurice A. Rousseau
Art's Auto Center
134 Town Farm Road
Ipswich, MA 01938

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL 22 2005

CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

### RETURN OF SERVICE

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*                                                        August 4, 2005

I hereby certify and return that on 8/4/2005 at 12:45PM I served a true and attested copy of the summons, complaint, civil cover sheet, corporate disclosure and case cover sheet in this action in the following manner: To wit, by delivering in hand to MAURICE A. ROUSSEAU D/B/A/ ART'S AUTO CENTER, at 134 Town Farm Road, Ipswich, MA 01938. Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($23.90), Postage and Handling ($1.00), Copies ($5.00) Total Charges $64.40

Deputy Sheriff Robert Andrews

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                    Signature of Server

                                     _____
                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.