**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Massachusetts I, Inc.** | ) | Case No.:  1:05-cv-11554-REK |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S REQUEST** |
| | ) | **FOR ENTRY OF DEFAULT** |
| vs. | ) | |
| | ) | |
| **Art Rousseau** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

Now comes the Plaintiff Comcast of Massachusetts I, Inc. (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and requests this Honorable Court to enter a default against Defendants Art Rousseau (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that Defendants have failed to appear, have failed to serve a responsive pleading, and have failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against the Defendants.  The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

          Respectfully Submitted for the Plaintiff,
          Comcast of Massachusetts I, Inc.
          By Its Attorney,

12/13/05                                /s/ John M. McLaughlin
Date                                   John M. McLaughlin
                                      **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                      77 Pleasant Street
                                      P.O. Box 210
                                      Northampton, MA 01061
                                      Telephone:  (413) 586-0865
                                      BBO No. 556328

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 13th day of December, 2005, a copy of the foregoing Request for Default was mailed first class to:

Art Rousseau
134 Town Farm Road
Ipswich, MA 01938-1367

                                                        /s/ John M. McLaughlin_____
                                                        John M. McLaughlin, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.**    ) | **Case No.: 1:05-cv-11554-REK** |
|                                        ) | |
| **Plaintiff,**                         ) | **AFFIDAVIT OF ATTORNEY FOR** |
|                                        ) | **PLAINTIFF'S REQUEST** |
| **vs.**                                ) | **FOR DEFAULT** |
|                                        ) | |
| **Art Rousseau**                       ) | |
|                                        ) | |
| **Defendant**                          ) | |
|                                        ) | |
|                                        ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On July 22, 2005, the Plaintiff filed a Complaint against the Defendant, **Art Rousseau**, in United States District Court, alleging violations of 47 U.S.C. § 553.

2. On August 4, 2005, the said Defendant was served **in hand, by Deputy Sheriff Robert Andrews** (see copy of Deputy Sheriff's Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

6. I have attached a Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury, this 13th day of December, 2005.

                                                  Respectfully Submitted for the Plaintiff,
                                                  Comcast of Massachusetts I, Inc.
                                                  By Its Attorney,

                                                  <u>/s/ John M. McLaughlin</u>
                                                  John M. McLaughlin
                                                  **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                                  77 Pleasant Street
                                                  P.O. Box 210
                                                  Northampton, MA 01061
                                                  Telephone:  (413) 586-0865
                                                  BBO No. 556328

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

M. A. Rousseau dba Art's Auto Center

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 11554 REK

TO: (Name and address of Defendant)

Maurice A. Rousseau
Art's Auto Center
134 Town Farm Road
Ipswich, MA 01938

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL 22 2005

CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Essex County Sheriff's Department • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590<br><br>*Essex, ss.*                                                                  August 4, 2005<br><br>I hereby certify and return that on 8/4/2005 at 12:45PM I served a true and attested copy of the summons, complaint, civil cover sheet, corporate disclosure and case cover sheet in this action in the following manner: To wit, by delivering in hand to MAURICE A. ROUSSEAU D/B/A/ ART'S AUTO CENTER, at 134 Town Farm Road, Ipswich, MA 01938. Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($23.90), Postage and Handling ($1.00), Copies ($5.00) Total Charges $64.40<br><br>Deputy Sheriff Robert Andrews                                     *[signature]*<br>                                                                                                      Deputy Sheriff |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed on _____     _____<br>                         Date                                    Signature of Server<br><br>                                                         _____<br>                                                                    Address of Server |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Comcast of Massachusetts I, Inc.** | ) | **Case No.: 1:05-cv-11554-REK** |
| | ) | |
| **Plaintiff,** | ) | **ORDER FOR NOTICE OF REQUEST** |
| | ) | **FOR DEFAULT** |
| **vs.** | ) | |
| | ) | |
| **Art Rousseau,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |
| | ) | |

Upon application of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _____ day of _____, _____.

                                         BY THE COURT

                                         _____

                                         Deputy Clerk