UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Comcast of Massachusetts I, Inc.          CIVIL ACTION
                Plaintiff
                                                             NO. 05-11554-REK
            V.

Art Rousseau
                Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Comcast of Massachusetts I, Inc. for an order of Default for failure of the Defendant, Art Rousseau, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 15th day of December, 20 05.

SARAH THORNTON, CLERK

By: /s/ Karen Folan
      Deputy Clerk

Notice mailed to:
Art Rousseau
d/b/a Art's Auto Center
134 Town Farm Road
Ipswich, MA 01938