**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.**  )  | Case No.: 1:05-cv-11554-REK |
| ) | |
| Plaintiff,  ) | |
| ) | **AFFIDAVIT OF ATTORNEY IN** |
| **vs.**  ) | **SUPPORT OF PLAINTIFF'S MOTION** |
| ) | **TO EXTEND TIME TO MOVE FOR** |
| **Art Rousseau**  ) | **DEFAULT JUDGMENT** |
| ) | |
| Defendant  ) | |
| ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. I have been diligently pursuing the Motion for Default in this action.

2. I intend to file an Affidavit in support of its Motion for Default Judgment.

3. The Affidavit that I intend to file will be more extensive than others as this is one of the first Commercial establishment Cable piracy cases to go to Default and it may require input from an out-of-state employee of Comcast.

4. I will require more time to obtain the executed Affidavit.

5. I have yet to be contacted by the Defendant or anyone on his behalf.

Subscribed and sworn to, under the pains and penalties of perjury.

                                                        Respectfully Submitted for the Plaintiff,
                                                        Comcast of Massachusetts I, Inc.
                                                        By Its Attorney,

2/24/2006                                     /s/ John M. McLaughlin
Date                                          John M. McLaughlin (BBO: 556328)
                                                  **Green Miles Lipton & Fitz-Gibbon LLP**
                                                  77 Pleasant Street
                                                  P.O. Box 210
                                                  Northampton, MA 01061-0210
                                                  (413) 586-0865

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.:  1:05-cv-11554-REK |
| ) | |
| **Plaintiff,** ) | |
| ) | **PLAINTIFF'S MOTION TO EXTEND** |
| vs. ) | **TIME TO MOVE FOR DEFAULT** |
| ) | **JUDGMENT** |
| **Art Rousseau** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**NOW COMES** Plaintiff in the above-captioned case respectfully requests that this Court to extend the deadline for the Plaintiff to move for default judgment to March 17, 2006.

As grounds, the Plaintiff states:

1. The Plaintiff intends to file an Affidavit in support of its Motion for Default Judgment.

2. The Affidavit that the Plaintiff intends to file will be more extensive than others as this is one of the first Commercial establishment cases to go to Default and it may require input from an out-of-state employee of Comcast.

3. Plaintiff's Counsel requires more time to obtain executed Affidavit.

4. Plaintiff has yet to be contacted by the Defendant or anyone on his behalf.

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's counsel certifies that no one has appeared on the part of the Defendant. Accordingly this motion can go forward.

Page   2

In further support of this motion, see affidavit of John M. McLaughlin

                                    Respectfully Submitted for the Plaintiff,
                                    By Its Attorney

2/24/2006                      /s/ John M. McLaughlin
Date                         John M. McLaughlin (BBO: 556328)
                                  **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                  77 Pleasant Street
                                  P.O. Box 210
                                  Northampton, MA 01061-0210
                                  (413) 586-0865

Case 1:05-cv-11554-REK     Document 7-3     Filed 02/24/2006     Page 2 of 3

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 30th day of January, 2006, a copy of the foregoing motion and affidavit were sent via first class mail to

Art Rousseau  
Town Farm Road  
Ipswich, MA 01938-1367

                                          /s/ John M. McLaughlin  
                                          John M. McLaughlin