UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
COMCAST OF MASSACHUSETTS I,             )
INC.                                    )
    Plaintiff                           )
                                        )   CIVIL ACTION
    v.                                  )   NO. 05-11554-REK
                                        )
MAURICE A. ROUSSEAU III d/b/a           )
ART'S AUTO CENTER,                      )
    Defendant                           )
_____)

**Final Judgment**
April 26, 2006

For the reasons stated in the Memorandum and Order of this date, it is

ORDERED:

(1) Plaintiff is entitled to judgment against the defendant.

(2) The amount to be awarded is $791.10 in statutory damages and $1,754.40 in reasonable attorneys' fees and costs.

(3) The court hereby enjoins defendant Maurice A. Rousseau III, his respective agent's servants, employees, and any person or entity controlled directly or indirectly by the defendant or acting on the defendant's behalf from making any unauthorized connections into the plaintiff's cable television distribution system in violation of provisions of Title 47.

(4) Plaintiff is entitled to post-judgment interest on the monetary awards pursuant to 28 U.S.C. § 1961(a) at the federal judgment rate applicable on the date of final judgment.

(5) This case is closed.

Approved:                                                    By the Court,


_/s/Robert E. Keeton_____                                _/s/Jennifer Filo_____

Robert E. Keeton                                             Jennifer Filo, Deputy Clerk
Senior United States District Judge